**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 17-1109

ERIC ALAN SANDERS,

                Plaintiff - Appellant,

        v.

FAMILY DOLLAR STORES, INCORPORATED,

                Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  J. Michelle Childs, District Judge.  (0:15-cv-00586-JMC)

Submitted:  August 17, 2017                          Decided:  August 21, 2017

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Alan Sanders, Appellant Pro Se.  Zachary L. Weaver, Ronald K. Wray, II, GALLIVAN, WHITE & BOYD, PA, Greensville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Alan Sanders appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint for failing to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we deny Sanders' pending motions and affirm for the reasons stated by the district court. *Sanders v. Family Dollar Stores, Inc.*, No. 0:15-cv-00586-JMC (D.S.C. filed Jan. 3, 2017 & entered Jan. 4, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*